IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4:10-CR-00463-TUC-CKJ (CRP) |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| HEATHER LEA GRIFFITH and ) EMETERIO ROGELIO TRUJILLO, ) | |
| Defendant. ) | |

On November 23, 2010, Magistrate Judge Charles R. Pyle issued a Report and Recommendation [Doc. 51] in which he granted Defendant Trujillo's Motion to Suppress Evidence (No Reasonable Suspicion or Probable Cause) [Doc. 26], finding that "the officers did not have the requisite reasonable suspicion to stop [Defendants'] vehicle."[1] R & R [Doc. 51] at 20. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1). Further, pursuant to Rule 59, Federal Rules of Criminal Procedure, failure to file an objection waives a party's right to review.

Accordingly, after an independent review, IT IS ORDERED that the Report and Recommendation [Doc. 51] is ADOPTED.

DATED this 16th day of December, 2010.

Cindy K. Jorgenson
United States District Judge

---

[1] On October 8, 2010, Defendant Griffith filed her Notice of Joinder [Doc. 34] to the Motion to Suppress.